UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| JONATHAN WAGNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:17-cv-3786 |
| | : | |
| NORTHERN BERKS REGIONAL | : | |
| POLICE DEPARTMENT; | : | |
| LEESPORT BOROUGH; | : | |
| MAIDENCREEK TOWNSHIP; | : | |
| ONTELAUNEE TOWNSHIP; and | : | |
| POLICE OFFICER RICHARD B. HORNER, | : | |
| | : | |
| Defendants. | : | |

_____

## **O R D E R**

**AND NOW**, this 10ᵗʰ day of July, 2018, for the reasons expressed in the Opinion issued

this date, **IT IS ORDERED THAT**:

1. Defendants' First Motion to Dismiss Amended Complaint, ECF No. 8, is **GRANTED**.

2. The Amended Complaint is **DISMISSED with prejudice**.

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court